UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HSBC MÉXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO HSBC, DIVISIÓN FIDUCIARIA, AS TRUSTEE OF TRUST F/311014 MMREIT INDUSTRIAL TRUST IV,<br><br>Plaintiff,<br><br>-v-<br><br>KEY TRONIC CORPORATION,<br><br>Defendant. | : | 26-CV-09157 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of Plaintiff's letter (ECF No. 9) and Defendant's letter in response (ECF No. 10) regarding the appropriate procedure for this matter following its removal from New York state court. Upon removal, a motion for summary judgment brought under N.Y. C.P.L.R. 3213 in lieu of a complaint "was converted to a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure." *UBS AG, London Branch v. Greka Integrated, Inc.*, No. 21-1385-CV, 2022 WL 2297904, at *2 (2d Cir. June 27, 2022) (summary order). Accordingly, Defendant's response to the summary judgment motion shall be filed by **December 4, 2026**. Plaintiff's reply papers shall be filed by **December 18, 2026**.

Having reviewed the motion papers (ECF No. 1-1), the Court has also determined that it would be beneficial to have a short, plain statement of the case. Therefore, Plaintiff shall file a complaint in accordance with Rule 8 of the Federal Rules of Civil Procedure by no later than **November 30, 2026**. Defendant shall file a response to that pleading in accordance with Rule 12 of the Federal Rules of Civil Procedure, in accordance with the time limits set forth therein.

SO ORDERED.

Dated: November 4, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge